# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:13cv171

| | |
|---|---|
| SCITECK, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CLIAWAIVED, INC., *et. al.*, )<br>)<br>Defendants. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on James Gary Rowe's Application for Admission to Practice *Pro Hac Vice* of Richard Edson Fee [Doc. 2].

In the Application, James Gary Rowe has certified that Richard Edson Fee is a member in good standing of the Florida Bar and is admitted to the United States District Court for the Middle District of Florida and will be appearing with James Gary Rowe, a member in good standing with the Bar of this Court. The applicant has submitted with the Application the full admission fee and has provided the email address of the attorney seeking admission.

**IT IS, THEREFORE, ORDERED** that James Gary Rowe's Application for Admission to Practice *Pro Hac Vice* of Richard Edson Fee [Doc. 2] is hereby **GRANTED** and Richard Edson Fee is hereby **ADMITTED** to practice, *pro hac vice*, before the Bar of this Court while associated with James Gary Rowe.

Signed: June 19, 2013

Martin Reidinger
United States District Judge