THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00171-MR

| | |
|---|---|
| SCITECK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | O R D E R |
| ) | |
| CLIAWAIVED, INC. and ) | |
| TIMOTHY R. DRAPEAU, ) | |
| individually, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendants' motion for the admission of attorney Paul A. Buckley as counsel *pro hac vice*. [Doc. 19]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the motion [Doc. 19] is **ALLOWED**, and Paul A. Buckley is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: September 7, 2013

Martin Reidinger
United States District Judge